In the Matter of the Application of WILLIAM N. HOSSAN, Respondent, for an Order Directing the Cancellation of the Certificate of Limited Partnership of J. ARTHUR WARNER & Co., Pursuant to Sections 113 and 114 of the Partnership Law. J. ARTHUR WARNER and JOSEPH H. YOUNG, Appellants.— Order granting petitioner's motion to direct cancellation of certificate of limited partnership, and

certificate of amended limited partnership of J. Arthur Warner & Co., and denying motion of J. Arthur Warner and Joseph H. Young for a resettlement, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.